TIMOTHY F. PADDELL, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Paddell* v. *City of New York*, 114 App. Div. 911, affirmed.
(Argued January 16, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1906, affirming a judgment of Special Term sustaining a demurrer to and dismissing the complaint in an action to restrain the defendant from assessing certain real property of the plaintiff for the purposes of taxation at its full value without first deducting the amount of an indebtedness secured by mortgage on such property.

*Everett V. Abbot* and *Boudinot Keith* for appellant.

*William B. Ellison,* Corporation Counsel (*George S. Coleman* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.